FILED'10 JAN 12 15:26 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KIRBY BARKER, ) | |
| ) | Civil No. 07-1647-JO |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HARLEY LAPPIN, BOP Director, ) | ORDER TO DISMISS |
| et al., ) | |
| ) | |
| Defendants. ) | |

JONES, District Judge.

Currently pending before the court in this civil rights case is defendants' Motion to Dismiss Complaint as Moot (#57). In his recently filed response to this motion, plaintiff concedes his case is moot because he has been released from Bureau of Prison custody and transferred to the Oregon Department of Corrections. Accordingly, plaintiff agrees with defendants that this court lacks jurisdiction over his action. In addition, plaintiff requests that his $350.00 filing fee be returned to him.

1 - ORDER TO DISMISS

Based on the foregoing, this action is dismissed. Plaintiff's request for reimbursement of his filing fee is denied.

**CONCLUSION**

Plaintiff's action is DISMISSED and his request for reimbursement of his filing fee is DENIED.

IT IS SO ORDERED.

DATED this 12th day of January, 2010.

                                          Robert E. Jones
                                          United States District Judge